IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    No. 4:23-CR-00095 DPM
    )
JOSEPH LEMOINE    )
RAY THOMAS    )

**<u>JOINT STATUS REPORT</u>**

The United States of America, through Jonathan D. Ross, United States Attorney for the Eastern District of Arkansas, and Ashley Bowen, Assistant United States Attorney for said district, states the following:

1.    Counsel for the United States has contacted Counsel for the defendants, Kristen Green (Lemoine) and Arkie Byrd (Thomas), and is authorized to file this joint report.

2.    Defendants Lemoine and Thomas are scheduled for trial on October 28, 2025.

3.    As to Mr. Lemoine, the parties are finalizing plea negotiations and expect to request a change of plea in the immediate future.

4.    As to Mr. Thomas, it is unclear at this time if the defendant will proceed to trial. Ms. Byrd has indicated that she expects to speak with her client early next week and will have more information at that time.

Respectfully submitted,

JONATHAN D. ROSS
United States Attorney

By: ASHLEY BOWEN
Bar No. AR 2009253
Assistant United States Attorney
425 W. Capitol Ave., Suite 500
Little Rock, Arkansas 72201
(501) 340-2600
ashley.bowen@usdoj.gov