IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


UNITED STATES OF AMERICA            )
                                    )
v.                                  )        NO. 4:23CR00095 DPM
                                    )
JOSEPH LEMOINE, ET AL               )


## UNITED STATES NOTICE OF ENTRY OF APPEARANCE

The undersigned counsel for the United States hereby makes an entry of appearance in

the above captioned matter.


Respectfully submitted,

JONATHAN D. ROSS
UNITED STATES ATTORNEY


By: STACY WILLIAMS
Bar. 2011081
Assistant U.S. Attorney
425 West Capitol Ave., Suite 500
Little Rock, AR 72201
501-340-2600
Stacy.Williams@usdoj.gov