**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**VS.**                                            **NO. 4:23-CR-95-DPM**

**JOSEPH LEMOINE and RAY THOMAS**                          **DEFENDANTS**

**JOINT MOTION FOR BRIEF CONTINUANCE**

Come now Defendant Ray Thomas, by and through his attorneys MAYS, BYRD &

ASSOCIATES, P.A., by Arkie Byrd and the United States Attorney and for their Joint Motion for

Brief Continuance, states as follows:

1.      Trial in this matter is scheduled for October 28, 2025.

2.      Defense Counsel and the U.S. Attorney are endeavoring to work through a plea

agreement and need a brief continuance to see if such can be achieved.

3.      Defendant's Counsel has been informed that Defendant Thomas' trial is not first

out on the trial date of October 28, 2025.

4.      Co-Defendant Joseph Lemonie has no objections to a continuance.

5.      That the additional time, if granted, would be excluded by the Speedy Trial Act.

WHEREFORE, the parties respectfully pray that this Court grant their Joint Motion for

Brief Continuance and for all other just and appropriate relief.

Respectfully submitted,

ARKIE BYRD #80020
MAYS, BYRD & ASSOCIATES, P.A.
212 Center St., 7th Floor
Little Rock, AR 72201
(501) 372-6303
abyrd@maysbyrdlaw.com

KRISTEN C. GREEN
Federal Public Defender's Office
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
501-324-6113
Fax: 501-324-6128
Email: kristen_green@fd.org