**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                            **No. 4:23-cr-95-DPM**

**JOSEPH LEMOINE and RAY THOMAS**              **DEFENDANTS**

**ORDER**

1.    Thomas and the United States move jointly to continue the 28 October 2025 trial.  Thomas and the government need more time to negotiate a potential plea.  *Doc.* 98.  Thomas's lawyer also informally advised she may file a motion to suppress.  Lemoine doesn't oppose a continuance.

2.    Considering Thomas's diligence, the ends of justice are better served by granting a continuance so he can prepare for trial or a plea.  And this interest outweighs both his and the public's interest in a speedy trial.  The Court therefore grants the motion, *Doc. 98*, and reschedules the trial for 24 February 2026 at 9:30 a.m.  The period of delay caused by granting this continuance is excluded under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) & (B).

3.    The Indictment also charges Lemoine.  He has been arraigned; and there has been no severance. The trial for Lemoine is therefore continued to 24 February 2026 too.  As to Lemoine, the period of delay is excluded under 18 U.S.C. § 3161(h)(6).

**4.** The deadlines contained in the General Criminal Scheduling Order, *Doc. 27*, remain in effect.

**5.** Given the age of the case, no further continuances will be given absent truly extraordinary circumstances.  Any motion to suppress should be filed by 2 November 2025.

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 October 2025

- 2 -