## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                          **Plaintiff**

**v.**                                             **Case No.: 4:23–cr–00095–DPM**

**Joseph Lemoine**                                                                                  **Defendant**
**(Other Custody)**

---

## NOTICE OF HEARING

     PLEASE take notice that a Change of Plea Hearing has been set in this case for April 7, 2026, at 09:00 AM before Judge D. P. Marshall Jr. in Little Rock Courtroom AC436 in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** March 30, 2026                              AT THE DIRECTION OF THE COURT
                                                                              TAMMY H. DOWNS, CLERK


                                                                     **By:** Sherri L. Black, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas