**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**United States of America**                                                    **Plaintiff**

**v.**                           **Case No.: 4:23–cr–00095–DPM**

**Joseph Lemoine**                                                             **Defendant**
**(Other Custody)**

---

## NOTICE OF HEARING

     PLEASE take notice that a Change of Plea Hearing has been set in this case for April 7, 2026, at 09:00 AM before Judge D. P. Marshall Jr. in Little Rock Courtroom AC436 in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

     A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

**DATE:** March 30, 2026                          AT THE DIRECTION OF THE COURT
                                                 TAMMY H. DOWNS, CLERK

                                        **By:** _Sherri L. Black, Deputy Clerk_

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas