# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                            NO.   4:23-CR-00095-DPM

JOSEPH LEMOINE

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Pulaski County Regional Detention Center and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of JOSEPH LEMOINE detained in the Pulaski County Regional Detention Center, Little Rock, AR in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on September 17, 2026 at 10:00AM,   in Little Rock, Arkansas, before the Honorable D.P. Marshall Jr., and after the proceedings have been concluded, that you return JOSEPH LEMOINE to Pulaski County Regional Detention Center under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 8 April 2026.

_Benicia Moore_
UNITED STATES MAGISTRATE JUDGE